COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§    No. 08-12-00237-CR

IN RE: RICHARD BRADLEY,   §    AN ORIGINAL PROCEEDING

       Relator.    §    IN MANDAMUS

§

§

**MEMORANDUM OPINION**

Relator, Mr. Richard Bradley, has filed a *pro se* petition for writ of mandamus requesting that this Court order the Honorable Kenneth D. DeHart, Judge of the 394th District Court, to set aside Relator's conviction in Cause No. 2672.

To obtain relief through a writ of mandamus, a relator must establish that no other adequate remedy at law is available and that the act he seeks to compel is ministerial. *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). An act is ministerial if it does not involve the exercise of discretion. *State ex rel. Hill v. Court of Appeals for the Fifth District*, 34 S.W.3d 924, 927 (Tex.Crim.App. 2001). Based on the petition and record provided, Mr. Bradley has not demonstrated that he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.8. Accordingly, the petition is denied.

           GUADALUPE RIVERA, Justice

July 31, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.

(Do Not Publish)